IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

VINCENT TAYLOR,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1319

Opinion filed August 15, 2014.

An appeal from the Circuit Court for Columbia County.
Leandra G. Johnson, Judge.

Vincent Taylor, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Justin Chapman, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

VAN NORTWICK, WETHERELL, and MAKAR, JJ., CONCUR.